CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00049LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| EDWARD PRESTON STOUT, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys or record, as follows:

This matter is currently set for change of plea or trial setting on August 21, 2009 at 8:45 am.  There is currently under consideration a disposition that will likely resolve the matter. However, the defendant has prior convictions in the state of Missouri that could significantly affect his sentence in this matter.

As of this date, the court documents concerning these prior cases have not been received by defense counsel and a continuance of this matter is necessary to allow those materials to arrive and to be evaluated by counsel. It is therefore respectfully requested that the status conference in this matter be continued until September 18, 2009, at 8:45 am.  At that time the defendant will either enter a plea or a trial date will be set.

It is further requested that time be excluded up to and including that date to allow for further plea negotiations.

Dated:  August 19, 2009

        /s/  Carl M. Faller\_\_\_\_\_
CARL M. FALLER
Attorney for Defendant


LAWRENCE G. BROWN
Acting United States Attorney


By   /s/ David Gappa\_\_\_\_\_
DAVID GAPPA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for August 21, 2009 at 8:45 am, be continued until September 19, 2009 at 8:45 am.  Further, time is excluded at the request of the defense for further plea negotiations..

DATED:  August 20, 2009

   \_\_\_/s/ Lawrence J. O'Neill_____
LAWRENCE. J. O'NEILL
United States District Judge